UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JIMMIE EARLE | CIV. ACTION NO. 3:22-04522 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| BROOKSHIRE GROCERY CO. | MAG. JUDGE KAYLA D. MCCLUSKY |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge [Doc. No. 30] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that this matter is **REMANDED** to the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana, whence it was removed. 28 U.S.C. § 1447(e).

MONROE, LOUISIANA, this 9th day of June 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE